UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN MILLER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:22-CV-359** |
| | * | |
| **MICHAELS STORES INC, D/B/A MICHAELS** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **DONNA PHILLIPS CURRAULT** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a), notice is hereby given that Plaintiff Susan Miller, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

Order dated June 12, 2023 (Doc. 58) that final judgment is hereby entered DISMISSING plaintiff Susan Miller's claims against defendant Michaels Stores Inc.

Order dated June 9, 2023 (Doc. 57) ORDER AND REASONS: IT IS HEREBY ORDERED that the defendant's 14 Motion for Summary Judgment is GRANTED, and the case is DISMISSED.

Order dated June 8, 2023 (Doc. 56) ORDER AND REASONS denying 44 Motion to Enforce Subpoena.

Order dated June 1, 2023 (Doc. 53) ORDER granting 47 Motion for Leave to File Supplemental Memorandum.

Order dated May 30, 2023 (Doc. 48) ORDER granting 45 Motion for Expedited Consideration; granting 46 Motion for Leave to File Exhibits. IT IS FURTHER ORDERED that the 44 Motion to Enforce is scheduled for submission on WEDNESDAY, JUNE 7, 2023, without oral argument unless otherwise ordered by the Court. IT IS FURTHER ORDERED that any

Opposition to the Motion to Enforce must be filed on or before 5:00 p.m. on MONDAY, JUNE 5, 2023.

Order dated May 24, 2023 (Doc. 43) ORDER DENYING 36 Motion for Spoliation.

Order dated May 16, 2023 (Doc. 40) ORDER granting 39 Motion for Leave to File Opposition to Plaintiff's Motion for Adverse Inference on Spoliation of Evidence.

Order dated May 15, 2023 (Doc. 38) ORDER DENYING 37 Motion for Leave to File Reply Memorandum.

Order dated May 1, 2023 (Doc. 28) ORDER: IT IS HEREBY ORDERED that defendant Michaels Stores Inc. shall produce to plaintiff and submit to this court via a flash drive for in camera review, any surveillance footage of the alleged incident, no later than March 15, 2023. IT IS FURTHER ORDERED that if such footage does not exist or otherwise cannot be produced, defendant shall file into the record a verified statement of no more than ten pages, explaining why the subject surveillance footage is unavailable, and further address the inconsistency in its answers to the interrogatories noted herein, no later than March 15, 2023.

                                                Respectfully submitted,

                                                **MOTTA LAW, LLC**

                                                _____*/s/ Vanessa Motta*_____
                                                **VANESSA MOTTA (#36915)**
                                                3632 Canal Street
                                                New Orleans, LA 70119
                                                Telephone: (504) 670-9490
                                                Facsimile: (504) 513-3122
                                                Email: vanessa@mottalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the following pleading has been delivered to all counsel of record, either through the CM/ECF system, or by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by hand delivery, or by e-mail or by facsimile transmission on June 16, 2023.

                              _____*/s/ Vanessa Motta*_____
                              VANESSA MOTTA, ESQ